IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ECONOMY PREMIER ASSURANCE COMPANY                                PLAINTIFF

v.                        Case No. 08-6064

MONTE M. EVERHART                                                DEFENDANT

### **J U D G M E N T**

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Economy Premier Assurance Company's Motion for Summary Judgment (Doc. 8) is **GRANTED,** and Monte Everhart's Motion for Summary Judgment (Doc. 13) is **DENIED**. Each party is to bear its own fees and costs associated with this case. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 25th day of March, 2009.

                              */s/ Robert T. Dawson*
                              Honorable Robert T. Dawson
                              United States District Judge